1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO.  2:22-CR-129-DAD

12                   Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                       [PROPOSED] ORDER

14  MARCELLO MARLO RIVERA,

15                   Defendant.

16

17                          **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for status on October 6, 2022, before District Judge

21  Troy L. Nunley, and time was excluded through that date under Local Code T4.

22      2.      On August 25, 2022, this case was reassigned to District Judge Dale A. Drozd.

23      3.      By this stipulation, defendant now moves to continue the status conference until October

24  11, 2022, and to exclude time between October 6, 2022, and October 11, 2022, under Local Code T4.

25      4.      The parties agree and stipulate, and request that the Court find the following:

26              a)      The government has represented that the discovery associated with this case

27  includes approximately 311 pages of investigative reports, photographs, and other documents

28

STIPULATION REGARDING EXCLUDABLE TIME                1
PERIODS UNDER SPEEDY TRIAL ACT

and materials.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time review the discovery, evaluate potential defenses, conduct defense investigation, consult with his client, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 6, 2022 to October 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  September 29, 2022                              PHILLIP A. TALBERT
                                                       United States Attorney


                                                       /s/ DAVID W. SPENCER
                                                       DAVID W. SPENCER
                                                       Assistant United States Attorney

Dated:  September 29, 2022                    /s/ DOUGLAS BEEVERS
                                              DOUGLAS BEEVERS
                                              Counsel for Defendant
                                              MARCELLO MARLO RIVERA


**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this ____ day of _____, _____.


_____
THE HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE