

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCELLO MARLO RIVERA.<br><br>　　　　　Defendant*.<br>_____/ | CASE No. 2:22-CR-00129 DAD<br><br><br>**MINUTES**<br><br><br>Date: December 12, 2022<br>Deputy Clerk: P. Buzo<br>Court Reporter: Jennifer Coulthard |

Counsel for Plaintiff:   David Spencer, Kerry Blackburn
Counsel for Defendant:  Douglas Beevers

## JURY TRIAL – DAY 1

| Time | Event |
|---|---|
| 9:00 am | Court in session. Outside the presence of the jury. Court addressed motions and preliminary matters.  Court addressed motion in limine [29].  Govt addressed the court.  Defense addressed the court. After hearing, Govt motion granted as stated on the record. Court addressed Govt motion in limine [31]. Ms. Blackburn, Govt, addressed the court. Defense did not object. After hearing, for reasons stated on the record, Govt motion granted.  Court addressed trial brief as stated on the record.  Court ruled that defense motion in limine denied as to text messages denied as stated on the record.  Court addressed defense notice of DNA expert as stated on the record. Ms. Blackburn, Govt, addressed the court.  After discussion, Court deferred ruling at this time.  Defense addressed the court as to Govt exhibit 82 as stated on the record. After discussion, Court overruled defense request as stated on the record. Ms. Blackburn addressed the court as to appointing counsel for Mr. Mahurin.  Court addressed Mr. Beevers.  Mr. Beevers addressed the court as to contact with Mr. Mahurin. Govt requested ruling on Ms. Dalton's intention to invoke 5th Amendment.  Discussion held as stated on the record. Govt addressed court as to a witness as stated on the record. Court allowed Govt to call witness once as a fact witness and once as an expert witness. |
| 9:54 am | Mr. Hansen addressed the court as to witness Ms. Dalton as to asserting 5th Amendment right.  Mr. Beevers and Govt stipulated as stated on the record. Court addressed Mr. Hansen as stated on the record. |
| 10:25 am | Jury Selection |
| 11:58 am | Back in the presence of the proposed jury. Resume voir dire. |
| 12:56 pm | Lunch Break. |
| 2:00 pm | Voir Dire resumed. |
| 2:36 pm | Mr. Spencer, Govt, voir dire. |

2:22-cr-00129-DAD, USA v. Rivera
Minutes - Page 2

| | |
|---|---|
| 2:52 pm | Mr. Beevers, AFD, voir dire. |
| 2:58 pm | Court ruled on challenges for cause. |
| 3:26 pm | Jury sworn. |
| 3:28 pm | In the presence of the jury. |
| 4:02 pm | Court in session in the presence of the jury. Court gave preliminary instructions. |
| 4:19 pm | Jury trial Court in recess until 12/14/2022 at 9:00 AM. |
| 4:21 pm | Govt moved to exclude witness. Motion granted. Govt moved to have Mel Buford designated as case agent, without Govt objection. Defense motion granted. Govt addressed the court as to Exhibit 88 as stated on the record. Govt addressed witness as to having travel plans and requested witness not be recalled. |
| 4:33 pm | Court in recess. |
| | |

TIME IN COURT:  6.5