HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
DOUGLAS J. BEEVERS (SBN 288639)
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARCELLO RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELLO RIVERA,<br><br>Defendant. | Case No. 2:22-cr-00129-DAD<br><br>ORDER RE MOTION FOR CONTINUANCE IN EFFECT OF SUBPOENAS ISSUED FOR JURY TRIAL COMMENCED ON DECEMBER 12, 2022 AND CONTINUED. |

**ORDER**

The matter coming before the Court on Defendant's oral motion to continue in effect subpoenas issued and served for the jury trial which commenced on December 12, 2022. The Court finding that the motion is with merit and there being no objection. IT IS ORDERED that all subpoenas issued and served for the jury trial in the above matter which commenced on December 12, 2022 are continued in full force and effect until the January 9, 2023 when the trial in this action is scheduled to resume.

IT IS SO ORDERED.

Dated: **December 29, 2022**

_____
UNITED STATES DISTRICT JUDGE