PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
KERRY BLACKBURN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00129-DAD |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| MARCELLO MARLO RIVERA, | DATE: June 6, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Marcello Marlo Rivera, by and through his attorney of record, Douglas Beevers, hereby move to continue the judgment and sentencing hearing currently scheduled for June 6, 2023, at 9:30 a.m., to September 19, 2023, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for June 6, 2023.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Erica Tatum and she agrees with this request.

3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to September 19, 2023, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Final PSR due no later than August 29, 2023; Formal Objections due no later than September 5, 2023; Reply or Statement of Non-Opposition due no later than September 12, 2023.

IT IS SO STIPULATED.

Dated: June 2, 2023                              PHILLIP A. TALBERT
                                                 United States Attorney

                                                 /s/ DAVID W. SPENCER
                                                 DAVID W. SPENCER
                                                 Assistant United States Attorney

Dated: June 2, 2023                              /s/ Douglas Beevers
                                                 Douglas Beevers
                                                 Counsel for Defendant
                                                 MARCELLO MARLO RIVERA

**ORDER**

The date for Judgment and Sentencing is hereby continued from June 6, 2023, to September 19, 2023, at 9:30 a.m. The Court adopts the following disclosure schedule: Final PSR due no later than August 29, 2023; Formal Objections due no later than September 5, 2023; Reply or Statement of Non-Opposition due no later than September 12, 2023.

IT IS SO ORDERED.

Dated: __June 2, 2023__                          _____
                                                 UNITED STATES DISTRICT JUDGE