1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID W. SPENCER
   KERRY BLACKBURN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,          CASE NO. 2:22-CR-00129-DAD

13                   Plaintiff,       STIPULATION TO CONTINUE JUDGMENT AND
                                      SENTENCING
14          v.
                                      DATE: September 19, 2023
15 MARCELLO MARLO RIVERA,             TIME: 9:30 a.m.
                                      COURT: Hon. Dale A. Drozd
16                   Defendant.

17

18                          **STIPULATION**

19       By this stipulation, Plaintiff, the United States of America, by and through its attorney of record,

20 Assistant U.S. Attorney David W. Spencer, and Defendant, Marcello Marlo Rivera, by and through his

21 attorney of record, Douglas Beevers, hereby move to continue the judgment and sentencing hearing

22 currently scheduled for September 19, 2023, at 9:30 a.m., to September 26, 2023, at 9:30 a.m., based on

23 the following:

24       1.    By previous order, the judgment and sentencing hearing was set for September 19, 2023.

25       2.    A one-week continuance is requested due to the unavailability of the Probation Officer on

26             September 19, 2023.

27       3.    Accordingly, the parties jointly request that the judgment and sentencing hearing be

28             continued to September 26, 2023, at 9:30 a.m.

STIPULATION TO CONTINUE J&S                    1

4.      The parties further request that the Court adopt the following disclosure schedule: Final PSR due no later than September 5, 2023; Formal Objections due no later than September 12, 2023; Reply or Statement of Non-Opposition due no later than September 19, 2023.

IT IS SO STIPULATED.


Dated:  June 30, 2023                                        PHILLIP A. TALBERT
                                                            United States Attorney


                                                            /s/ DAVID W. SPENCER
                                                            DAVID W. SPENCER
                                                            Assistant United States Attorney

Dated:  June 30, 2023                                       /s/ Douglas Beevers
                                                            Douglas Beevers
                                                            Counsel for Defendant
                                                            MARCELLO MARLO RIVERA


**ORDER**

The date for Judgment and Sentencing is hereby continued from September 19, 2023, to September 26, 2023, at 9:30 a.m.  The Court adopts the following disclosure schedule: Final PSR due no later than September 5, 2023; Formal Objections due no later than September 12, 2023; Reply or Statement of Non-Opposition due no later than September 19, 2023.

IT IS SO ORDERED.

Dated:   **June 30, 2023**                        _____
                                                  UNITED STATES DISTRICT JUDGE