HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
Fax: 916.498.5710
douglas_beevers@fd.org

Attorney for Defendant
MARCELLO MARLO RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00129-DAD |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE** |
| vs. | |
| MARCELLO MARLO RIVERA, | DATE:   September 26, 2023 |
| Defendant. | TIME:   9:30 am |
| | JUDGE:  DALE A. DRODZ |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney David Spencer, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Marcello Marlo Rivera, that the sentencing hearing, currently scheduled for September 26, 2023, be continued to January 16, 2024 at 9:30 a.m.

The parties request additional time to prepare for sentencing. US Probation is currently working on preparing the Final PSR. AUSA Spencer is unavailable due to upcoming trial and defense counsel requires additional time to prepare for sentencing.

The PSR schedule should be modified, as follows:

| | |
|---|---|
| Presentence Report Due: | December 26, 2023 |
| Formal Objections to Presentence Report Due: | January 2, 2024 |
| Reply or Statement of Non-Opposition Due: | January 9, 2024 |
| Judgment and Sentencing: | January 16, 2024 |

-1-

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  September 19, 2023 |   |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARCELLO MARLO RIVERA |
| Dated:  September 19, 2023 |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ David Spencer*<br>DAVID SPENCER<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for September 26, 2023, is CONTINUED to **January 16, 2024, at 9:30 a.m.**  The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:   **September 19, 2023**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE