HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
Fax: 916.498.5710
douglas_beevers@fd.org

Attorney for Defendant
MARCELLO MARLO RIVERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00129-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE** |
| vs. | |
| MARCELLO MARLO RIVERA, | DATE: January 16, 2024 |
| Defendant. | TIME: 9:30 am |
| | JUDGE: DALE A. DROZD |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney David Spencer, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Marcello Marlo Rivera, that the sentencing hearing, currently scheduled for January 16, 2024, be continued to January 30, 2024 at 9:30 a.m.

This continuance is requested due to unavailability of defense counsel. The US Attorney's office and US Probation have no objection to the new date.

The PSR schedule should be modified as follows:

Reply or Statement of Non-Opposition Due:      January 23, 2024

Judgment and Sentencing:      January 30, 2024

//

//

-1-

|     |                          |                                                      |
| --- | ------------------------ | ---------------------------------------------------- |
| 1   |                          | Respectfully submitted,                              |
| 2   | Dated: January 5, 2024   | HEATHER E. WILLIAMS<br>Federal Defender              |

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
MARCELLO MARLO RIVERA

Dated: January 5, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ David Spencer*
DAVID SPENCER
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant previously set for January 16, 2024, is CONTINUED to **January 30, 2024, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated: **January 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE