PHILLIP A. TALBERT
United States Attorney
KERRY BLACKBURN
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-CR-00129-DAD |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARCELLO MARLO RIVERA, | |
| Defendant. | |

On or about January 31, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the guilty verdict and the Special Verdict Form entered against defendant Marcello Marlo Rivera forfeiting to the United States the following property:

    a.    Approximately $5,972.00 in U.S. Currency.

Beginning on February 1, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

a. Nicole Dalton:  A notice letter was sent via certified mail to Nicole Dalton at 1221 S Sunset Drive, Lodi, CA 95204 on January 31, 2023.  The certified envelope was returned to the U.S. Attorney's Office on or about February 10, 2023 as "not deliverable as addressed, unable to forward".

b. Nicole Dalton:  A notice letter was sent via certified mail to Nicole Dalton at 419 Cherry Street, Lodi, CA 95240 on January 31, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Nicole Dalton.

c. William Lee Mahurin:  A notice letter was sent via certified mail to William Lee Mahurin at 1034 Tudor Street, Lodi, CA 95242 on January 31, 2023.  The certified envelope was returned to the U.S. Attorney's Office on or about February 10, 2023 as "not deliverable as addressed, unable to forward".

d. William Lee Mahurin:  A notice letter was sent via certified mail to William Lee Mahurin at 305 W. Lockford Street, Suite A, Lodi, CA 95240 on February 15, 2023.  The certified envelope was returned to the U.S. Attorney's Office on March 10, 2023 as "unclaimed".

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Marcello Marlo Rivera, Nicole Dalton, and William Lee Manurin:

a. Approximately $5,972.00 in U.S. Currency, plus all accrued interest.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **February 15, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE